Ramon Ortiz-Santana
Reg no 17036-069
FCI Schuylkill
POB 759
Minersville, PA 17954

Febuary 18, 2007

Honorable Judge Jose A. Fuste
United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767

RE: UNITED STATES v. RAMON ORTIZ-SANTANA (CASE NO.3:97-cr-229)

Dear Judge Fuste,

Enclosed , I have submitted a copy of the ruling by the B.O.P. This matter was first decided by the Bureau of Prison as you have requested. I beg you to please intervine and resolve this dilema concerning the unaccurate time of jail credit owed to me.

Thank you for your time and consideration into this matter.

Sincerly,

RAMON ORTIZ-SANTANA

Ramon Ortiz Santana- 17036069