```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:PRD_JAF@prd.uscourts.gov,anitahill@prtc.net,ivette.figue
Message-Id:<1047019@prd.uscourts.gov>
Subject:Activity in Case 3:97-cr-00229-JAF USA v. Gonzalez-S
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from mrj, entered on 12/29/2006 at 2:22 PM AST and filed on 12/29/2006
**Case Name:**      USA v. Gonzalez-Sanchez, et al
**Case Number:**    3:97-cr-229
**Filer:**
**Document Number:** 858

**Docket Text:**
ORDER noted [857] Informative Motion as to Ramon Ortiz-Santana (20). This matter must first be decided by the Bureau of Prisons. Signed by Judge Jose A Fuste on 12/29/06. (mrj, )

The following document(s) are associated with this transaction:

**3:97-cr-229-20 Notice will be electronically mailed to:**

Jorge L. Arroyo-Alejandro    jlarrlaw@icepr.com, sarragayarroyo@prtc.net

Anita Hill-Adames    anitahill@prtc.net

Ricardo R. Pesquera-Annexy     pesqueralaw@bellsouth.net

Johnny Rivera-Gonzalez     riveraja@prtc.net,

Rosa E. Rodriguez-Velez     rosa.e.rodriguez@usdoj.gov, ivette.figueroa@usdoj.gov

Sonia I. Torres-Pabon     sonia.torres@usdoj.gov, lucy.pacheco@usdoj.gov

**3:97-cr-229-20 Notice will be delivered by other means to:**

US Marshal
U.S. Marshal Service
Federal Building
Room 100
San Juan, PR 00198-1767

US Probation
U.S. Probation Office
Federal Building
Room 143
San Juan, PR 00918-1767

Pretrial Services
U.S. Pretrial Services
Federal Building
Room 691
San Juan, PR 00918-1767